# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| BAROQUE TIMBER INDUSTRIES (ZHONGSHAN) CO., LTD. AND RIVERSIDE PLYWOOD CORPORATION,<br><br>*Plaintiffs,*<br><br>and<br><br>EVOLUTIONS FLOORING INC., AND STRUXTUR, INC., *et al.*,<br><br>*Consolidated Plaintiffs,*<br><br>and<br><br>LUMBER LIQUIDATORS SERVICES, LLC,<br><br>*Plaintiff-Intervenor,*<br><br>v.<br><br>UNITED STATES,<br><br>*Defendant.*<br><br>and<br><br>AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING,<br><br>*Defendant-Intervenor* | Court No. 22-210 |

## CONSOLIDATED PLAINTIFFS' MOTION AND OPENING BRIEF FOR JUDGMENT ON THE AGENCY RECORD

Consolidated Plaintiffs Evolutions Flooring, Inc., ("Evolutions") and Struxtur, Inc.

("Struxtur") hereby file this motion and opening brief in pursuant to Rule 56.2 of this Court for

Judgment on the Agency Record in connection with the U.S. Department of Commerce's ("Commerce") decision in *Multilayered Wood Flooring From the People's Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative Review; 2019*, 87 Fed. Reg. 36,305 (June 16, 2022).

Pursuant to the Court's Order, dated January 17, 2023 (Docket Item #42), this motion and opening brief is timely filed.

For its opening brief, Evolutions and Struxtur hereby incorporate by reference and in full the arguments and the requests for relief as presented in the motions and briefs filed by all other plaintiffs, consolidated plaintiffs, and plaintiff-intervenors in this proceeding.

Respectfully submitted,

/s/ Gregory S. M<sup>c</sup>Cue
Gregory S. M<sup>c</sup>Cue
Thomas J. Trendl
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 429-6421
*Counsel to Evolutions Flooring, Inc., and Struxtur Inc*.

March 9, 2023

## CERTIFICATE OF COMPLIANCE

      This brief has been prepared utilizing Microsoft Word and a proportionally spaced typeface (12-point Times New Roman). In accordance with this Court's Chambers Procedures and Scheduling Order, the undersigned certifies that this brief complies with applicable word limitations. Specifically, excluding exempted portions per the Chambers Procedures, and based on the word count feature in Microsoft Word, this brief contains 234 words.

                                  /s/ Gregory S. M<sup>c</sup>Cue
                                  Gregory S. M<sup>c</sup>Cue
                                  Thomas J. Trendl
                                  STEPTOE & JOHNSON, LLP
                                  1330 Connecticut Avenue, N.W.
                                  Washington, DC 20036
                                  Telephone: (202) 429-6421
                                  *Counsel to Evolutions Flooring, Inc.,*
                                  *and Struxtur Inc.*

## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| BAROQUE TIMBER INDUSTRIES (ZHONGSHAN) CO., LTD. AND RIVERSIDE PLYWOOD CORPORATION,<br><br>*Plaintiffs,*<br><br>and<br><br>EVOLUTIONS FLOORING INC., AND STRUXTUR, INC., *et al.*,<br><br>*Consolidated Plaintiffs,*<br><br>and<br><br>LUMBER LIQUIDATORS SERVICES, LLC,<br><br>*Plaintiff-Intervenor,*<br><br>v.<br><br>UNITED STATES,<br><br>*Defendant.*<br><br>and<br><br>AMERICAN MANUFACTURERS OF MULTILAYERED WOOD FLOORING,<br><br>*Defendant-Intervenor* | Court No. 22-210 |

**ORDER**

Upon consideration of the Motion for Judgment on the Administrative Record filed by Consolidated Plaintiffs, Struxtur, Inc., and Evolutions Flooring, Inc., and upon all other papers and proceedings herein, it is hereby

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the U.S. Department of Commerce's ("Commerce") final results of the 2019 administrative review of the countervailing duty order on Multilayered Wood Flooring from the People's Republic of China published as *Multilayered Wood Flooring From the People's Republic of China: Final Results and Partial Rescission of Countervailing Duty Administrative Review; 2019*, 87 Fed. Reg. 36,305 (June 16, 2022) are not supported by substantial evidence on the record and are otherwise not in accordance with law; and it is further

**ORDERED** that Commerce shall issue a revised determination in accordance with the decision of this Court.

**SO ORDERED.**

Dated: _____, 2023          _____
New York, New York                                             Timothy M. Reif, Judge