# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE Timothy M. Reif, JUDGE

| | |
|---|---|
| BAROQUE TIMBER INDUSTRIES (ZHONGSHAN) CO., LTD. ET AL., *Plaintiff*, LUMBER LIQUIDATORS SERVICES, LLC, *Plaintiff-Intervenor*, v. UNITED STATES, *Defendant*, and, AMERICAN MANUFACTURERS OF MULTILATYERED WOOD FLOORING, *Defendant-Intervenor*. | Court No.: 22-0210 |

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD AND REQUEST TO TERMINATE ECF NOTIFICATIONS FOR WILLIAM CHARLES SJOBERG

I hereby give notice that counsel William Charles Sjoberg, formerly of Clark Hill, PLC, is no longer with the firm. The remaining counsel at Clark Hill, PLC asks the Court to withdraw Mr. Sjoberg as counsel of record for Plaintiff-Intervenor Lumber Liquidators Services, LLC, and to have his ECF notifications terminated in connection with this matter. We are accordingly filing Form 18 for Mr. Sjoberg, Notification of Termination of Access to Business Proprietary Information, in this case.

Mark Ludwikowski, of Clark Hill, PLC, will be the lead counsel of record for Plaintiffs and Plaintiffs have been notified of and agreed to this request.

                                                              Respectfully Submitted,

Dated: April 17, 2024                            /s/ Mark Ludwikowski
                                                              Mark Ludwikowski

                                                            **CLARK HILL, PLC**
                                                            1001 Pennsylvania Ave., N.W.
                                                            Suite 1300 South
                                                            Washington, DC 20004
                                                           (202) 640-6680
                                                           mludwikowski@ClarkHill.com

Form18-1

**Form 18**

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BAROQUE TIMBER INDUSTRIES (ZHONGSHAN) CO., LTD., et al., <br><br> Plaintiff, <br><br> v. <br><br> United States <br><br> Defendant. | Court No. 22-0210 |

### NOTIFICATION OF TERMINATION OF ACCESS TO BUSINESS PROPRIETARY INFORMATION PURSUANT TO RULE 73.2(c)

___William Charles Sjoberg_____ declares that (check one)

1)     TERMINATION BY AN INDIVIDUAL

 I am an attorney/consultant representing or retained on behalf of ___LUMBER LIQUIDATORS SERVICES, LLC___
___Plaintiff-Intervenor___ in this action [and on behalf of the parties indicated in the actions listed on the attached schedule]. I hereby give notice that I am no longer involved in the litigation in this action [and those actions listed on the attached schedule] and, therefore, I have terminated my access to Business Proprietary Information in such action[s]. I certify that I have not retained any documents, including copies of documents, work papers, notes or records in electronic media, containing Business Proprietary Information, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

| BAROQUE TIMBER, et al. v. United States | 22-0210 |
|---|---|
| [Name of proceeding] | [Case or investigation no.] |

OR

Form18-2

2)  TERMINATION BY A FIRM

☐  I am an attorney representing _____ in this action [and the parties indicated in the actions listed on the attached schedule]. I hereby give notice that, because of the termination of all litigation in this action [and those actions listed on the attached schedule] or otherwise, I have terminated the access to Business Proprietary Information by myself, the other attorneys and staff of my firm, and any consultants whose access to Business Proprietary Information under Rule 73.2(c) and Administrative Order No. 02-01 is subject to the direction and control of myself or a member of my firm. I certify that all documents, including copies of documents, work papers, notes, and records in electronic media, containing Business Proprietary Information subject to Rule 73.2(c) and Administrative Order No. 02-01 in this action [and those actions listed on the attached schedule] have been destroyed, except as may be authorized by the court or agency for use in the following action(s) or administrative proceeding(s):

_____            _____
[Name of proceeding]                [Case or investigation no.]

I recognize that I remain bound by the terms of Administrative Order No. 02-01 of the United States Court of International Trade, and that I may not divulge the Business Proprietary Information that I learned during this action [and those actions listed on the attached schedule] or in the administrative proceeding[s] that gave rise to the action[s] to any person.

William C. Sjoberg
[Attorney or consultant]

1001 Pennsylvania Ave. NW. Washington DC 20004

wsjoberg@clarkhill.com
(202)552-2372
[Address and Telephone Number]

Date: April 17, 2024